IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TAWONA WARREN ANDERSON,** **PLAINTIFF**
**GUARDIAN OF THE PERSON AND**
**ESTATE OF RAYSHAWN WARREN**

v. CASE NO. 3:18-CV-00234 BSM

**ROSS A. THOMPSON, INDIVIDUALLY**
**AND IN HIS OFFICIAL CAPACITY AS**
**CHIEF OF POLICE FOR THE CITY OF**
**BLYTHEVILLE, ARKANSAS; AND**
**THE CITY OF BLYTHEVILLE, ARKANSAS** **DEFENDANTS**

## ORDER

Defendants' motion to remand the claim brought under the Arkansas Freedom of Information Act [Doc. No. 8] is granted because Tawona Anderson has not responded to the motion, and the time to do so has expired. Accordingly, this claim is remanded to the Circuit Court of Pulaski County.

IT IS SO ORDERED this 17th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE